# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**LABOR SYNC, LLC,**<br><br>　　　　　　　Defendant. | **C.A. 2:21-CV-14595-RMB-MJS**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Social Positioning Input Systems, LLC, and Defendant Labor Sync, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.　All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.　Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: October 29, 2021                                   Respectfully Submitted,

*/s/ Mark Aaron Kriegel* (with permission)
Mark Aaron Kriegel
Law Office of Mark A. Kriegel, LLC
1479 Pennington Rd.
Ewing, NJ 08618
609-883-5133
mkriegel@kriegellaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Michael T. Zoppo*
Michael T. Zoppo (016292204)
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 765-5070
Fax: (212) 258-2291
zoppo@fr.com

Neil J. McNabnay (*pro hac vice* forthcoming)
Ricardo J. Bonilla (*pro hac vice* forthcoming)
Noel F. Chakkalakal (*pro hac vice* forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
macnabnay@fr.com
rbonilla@fr.com
chakkalakal @fr.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Michael T. Zoppo*
Michael T. Zoppo

SO ORDERED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**